**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------x

ROEI GAMIL, an individual; on behalf of
himself and all others similarly situated,

           Plaintiffs,

vs.

RUBIN & ROTHMAN, LLC, a New York
Limited Liability Company; and JOHN AND
JANE DOES NUMBERS 1 THROUGH 25,

           Defendants.

---------------------------------------x

CASE NO.: 2:15-cv-00981-ARL

**NOTICE OF CHANGE OF FIRM NAME
AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that the firm name, address, telephone number, facsimile number, and e-mail address of the undersigned counsel of record for Plaintiff, Roei Gamil is:

Andrew T. Thomasson, Esq.
STERN•THOMASSON LLP
2816 Morris Avenue, Suite 30
Union, NJ 07083-4870
Telephone: (973) 379-7500
Facsimile: (855) 479-9969
E-Mail: andrew@sternthomasson.com

DATED: July 20, 2015

           *s/ Andrew T. Thomasson*
           Andrew T. Thomasson, Esq.
           STERN•THOMASSON LLP
           2816 Morris Avenue, Suite 30
           Union, NJ 07083-4870
           Telephone: (973) 379-7500
           Facsimile: (855) 479-9969
           E-Mail: andrew@sternthomasson.com

           *One of the Attorneys for Plaintiff, Roei Gamil,
           and all others similarly situated*

## **CERTIFICATE OF SERVICE**

      I, Andrew T. Thomasson, hereby affirm under the penalties of perjury that on July 20, 2015, I served the within documents and all supporting papers on the Clerk of this Court using this Court's CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who have not yet appeared or are otherwise not authorized to receive electronic Notices of Electronic Filing.

      *s/ Andrew T. Thomasson*
      Andrew T. Thomasson, Esq.
      STERN•THOMASSON LLP
      2816 Morris Avenue, Suite 30
      Union, NJ 07083-4870
      Telephone: (973) 379-7500
      Facsimile: (855) 479-9969
      E-Mail: andrew@sternthomasson.com

      *One of the Attorneys for Plaintiff, Roei Gamil, and all others similarly situated*